# IN THE UNITED STATES DISTRICT COURT
## THE WESTERN DISTRICT OF ROANOKE VIRGINIA

(W)

KELVIN A. CANADA,
plaintiff

VS.

RANDELL MATHENA, WARDEN, ET AL
DEFENDANT(S)

7:13-CV-00322

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## USC #42 - 1983 / CIVIL COMPLAINT

I plaintiff KELVIN A. CANADA #1050088 hereby file this (1983 - CIVIL COMPLAINT) REGARDING the:

(CRUEL AND UNUSUAL PUNISHMENT) plaintiff was subjected to on:

(MARCH 30th - THRU - APRIL 1st, 2013)

By the DEFENDANT(S) Listed Below: . . . . .

# * PARTIES *

**#1.** Plaintiff KEVIN A. CANADA #1050088 is a prisoner housed at: (RED ONION STATE PRISON) AND WAS A PRISONER AT: (ROSP) ON: (MARCH 30 - THRU - APRIL 1st, 2013) when he was subjected to cruel and unusual punishment and due process violation.

**#2.** Defendant, Warden RANDELL MATHENA - is and was the Warden of (RED ONION STATE PRISON) ON: (MARCH 30 - THRU - APRIL 1st, 2013) when Plaintiff 8th, AND 14th Amendments was transgressed is being in his: (OFFICIAL AND INDIVIDUAL CAPACITY).

#2

## *PARTIES, CONT.*

#3. <u>DEFENDANT, Lt. ANTHONY MULLINS</u> - IS AND WAS A (Lt.) AT: (RED ONION STATE PRISON) WHEN PLAINTIFF WAS SADISTICALLY PLACED ON: (STRIP-CELL) ON: (MARCH 30th, 2013) IS BEING SUED IN HIS <u>(INDIVIDUAL CAPACITY)</u>.

#4. <u>DEFENDANT, Lt. STILL</u> - IS AND WAS THE (Lt.) AT: (RED ONION STATE PRISON) WHEN PLAINTIFF WAS SADISTICALLY PLACED ON: (STRIP-CELL) ON: (MARCH, 30th, 2013) IS BEING SUED IN HIS (INDIVIDUAL) CAPACITY.

#5. <u>DEFENDANT, Sgt. J. KISER</u> - IS AND WAS THE (Sgt.) AT: (ROSP) WHEN PLAINTIFF WAS SADISTICALLY PLACED ON: (STRIP-CELL) ON: (MARCH 30th AND 31st, 2013) IS BEING SUED IN HIS (INDIVIDUAL) CAPACITY..

#3

## * PARTIES, CONT. *

#6. <u>DEFENDANT, LT. STEVE FRANKLIN</u> - WAS AND IS THE (LT.) AT: (RED ONION STATE PRISON) WHEN PLAINTIFF WAS AND HAD BEEN ON: (STRIP-CELL) FOR OVER (24-HOURS) ON: (MARCH 31,ST 2013) IS BEING SUED IN HIS (INDIVIDUAL) CAPACITY VIA (DELIBERATE INDIFFERENCE)..

#4.

# * Claim *

**#1.** On: March 30th, 2013 plaintiff Kelvin A. Canada was placed on (strip-cell) by Defendant(s)

    #1. Lt. Mullins
    #2. Sgt. Kiser
    #3. Lt. Still

for allegedly having my cell-window covered up!...

**#2.** Plaintiff was sadistically kept on this (strip-cell) status from: (March 30th, -thru- April 1st, 2013) by all the defendant(s) denying plaintiff:

    #1. Any hygiene items to brush his teeth, wash his face or body...

    #2. Any (T-shirt), (socks), or shoes...

for 2-days...

#5

## * CLAIM, CONT. *

#3. THEREFORE PLAINTIFF WAS SADISTICALLY DENIED THE OPPORTUNITY TO:

#1. BRUSH HIS TEETH
#2. WASH HIS FACE OR BODY
#3. RECIEVE ANY CLEAN LAUNDRY
#4. RECIEVE HIS MATTRESS
#5. RECIEVE ANY SHOES, T-SHIRT, OR SOCKS TO KEEP HIM WARM FROM THE COLD-CELL

FOR 2-DAYS...

#4. PLAINTIFF FILED (COMPLAINT # 01248) REGARDING HIM BEING PLACED ON (STRIP-CELL) FOR 2-DAYS THIS COMPLAINT WAS NEVER RESPONDED TO. SO ON: (▬ APRIL 18th, 2013) PLAINTIFF FILED A REGULAR GRIEVANCE # (ROSP-13-REG-00489) REGARDING PLAINTIFF BEING PLACED ON: (STRIP-CELL) FOR 2-DAYS...

#6

## * CLAIM, CONT. *

#5. ON: (MAY 16, 2013) WARDEN R. MATHENA RESPONDED TO THIS APRIL 19th, 2013 GRIEVANCE PROCLAIMING THAT PLAINTIFF WAS PLACED ON (STRIP-CELL) FOR:

"THEY PROPERTY ITEM YOU WAS USING TO PRESENT A SECURITY BREACH OF SECURITY WERE REMOVED FROM YOUR CELL, AND YOUR PROPERTY WAS SEARCHED FOR CONTRABAND. WHEN YOUR DISRUPTIVE BEHAVIOR CEASED AND YOU BECAME COMPLIANT WITH STAFF YOUR PROPERTY ITEMS WERE RETURNED"...

SEE EXHIBIT #1

#6. WARDEN R. MATHENA RESPONSE WAS COMPLETELY A LIE BECAUSE:

#1. VIDEO EVIDENCE FROM C3-POD RAPID-EYE CAMERA FROM →

#7

\* CLAIM, CONT. \*

#6, continued from, page #7

#1, cont. from, page #7

#1. March 30th, -thru- April 1, 2013 will cleany prove that nothing was ever tooken out my cell #C3-#318 but my property and that my property was never searched and that my property sat in front of my cell for 2-days un-searched.

#2. Because the entire 2-days that plaintiff was sadistically kept on (strip-cell), there is not one - incident report or charge to prove that plaintiff was kept on (strip-cell) for 2-days for being disruptive...

#8

\* CLAIM, CONT. \*

#7. This only proves that plaintiff was placed on: (strip-cell) sadistically and was kept on: (strip-cell) for (2-days) sadistically because:

    #1. Plaintiff never recieved any charge for allegedly covering his window on: (March 30, 2013)

    #2. Plaintiff property was never searched for contraband as warden Mathena falsely proclaimed in Exhibit #1.

    #3. Plaintiff never recieved any (charge) or no (incident-report) while he was on (strip-cell) for (2-days) to prove that he had been disruptive...

#9

# * Claim, cont. *

#8. Former U.S. Western Dist., Chief Judge James P. Jones stated in:

<u>(Sadler vs Young, 325 F. Supp. 2d 689; 2004), page #4</u>

Verbatim:

"Such inaction provides an independent basis for finding the supervisor either was deliberately indifferent or acquiesced in the constitutionally offensive conduct of his subordinates. Causation may be direct, where the policy commands the injury, or proximate, pursuant to the tort principle"......

#9. Warden R. Mathena is vividly aware of his subordinate abusing this (strip-cell) practice by →

#10

\* CLAIM, CONT. \*

#9. CONTINUED FROM PAGE #10

PLACING PRISONERS ON (STRIP-CELL) SADISTICALLY FOR DAYS OVER

#1. COVERING THEIR CELL-LIGHTS.

#2. COVERING THEIR CELL-WINDOW!

#3. KICKING THEIR CELL-DOOR!

#4. FLOODING THEIR CELLS.

WHICH ARE INCIDENTS THAT DOES NOT QUALIFY BEING PLACED ON (STRIP-CELL) ACCORDING TO PRISON POLICIES, ESPECIALLY FOR 2-DAYS. THIS ARBITRARY USE OF (STRIP-CELL) FOR THESE REASONS STATED ABOVE IS WHAT JUDGE JAMES P. JONES IN: (SADLER VS. YOUNG) IS REFERRING TO.

#11

## * Claim, Cont. *

#10. Chief Judge James P. Jones further stated in: (Sadler vs. Young, pg #14)

Verbatim:

"When the immediacy of the disturbance is at an end... the unecessary infliction of continued pain throughout a prolonged time period clearly supports an inference that the guards was acting to punish, rather than quell the disturbance"...

#11. It's self-evident that plaintiff was kept on (strip-cell) for 2-days from "March 30th - thru - April 1st, 2013" to be punished and not to quell any disturbance...

#12

# * CLAIM, CONT. *

#12. SO FOR THESE ENTIRE 2-DAYS DEFENDANT(S)

#1. Lt. MULLINS
#2. Lt. STILL
#3. Sgt. KISER

SADISTICALLY LEFT PLAINTIFF ON (STRIP-CELL) FOR 2-ENTIRE DAYS. ALMOST COMPLETELY DENUDED IN A FREEZING CELL, WITH NO ███, CLOTHES, SOAP, TOOTHPASTE, TOILET-PAPER, SHEETS OR BLANKETS...

#13. DEFENDANT, STEVEN FRANKLIN WAS NOT PRESENT ON: (MARCH, 30th 2013) WHEN PLAINTIFF WAS PLACED ON: (STRIP-CELL), HOWEVER HE WORKED ON (MARCH 31, 2013) AS THE BUILDING (Lt.) AND WAS AWARE OF MY (STRIP-CELL) STATUS AND DID NOT INTERVENE KNOWING THAT PLAINTIFF HAD NOT BEEN DISRUPTIVE SINCE HE BEEN ON (STRIP-CELL)...

#13

\* CLAIM, CONT. \*

#14. BECAUSE of the SADISTIC ACTS of ALL the ABOVE-MENTIONED DEFENDANT(S) PLAINTIFF WAS FORCED to LIVE UN-SANITARILY IN A CELL FOR (2-DAYS) WITHOUT BEING ABLE ABLE to:

#1. SHOWER.
#2. WASH MY FACE.
#3. BRUSH MY TEETH.
#4. WASH MY HANDS BEFORE I ATE MY MEALS.
#5. WIPE MYSELF AFTER USING THE (TOILET).

#15. ALONG WITH:

#1. NOT BEING ABLE TO SLEEP DUE THE EXTREME COLDNESS OF THE CELL.

#2. BEING COMPLETELY NUDE EXCEPT FOR BOXERS

#14

# * CLAIM, CONT. *

#16. All these act clearly constitute "Cruel and Unusal punishment" in transgression of plaintiff's 8th Amendment.

#17. Plaintiff "14th Amendment" (Due Process) rights was also transgressed e.g.:

In: (Sandin vs. Conner, 515 U.S. 472, 484, 132 "1995")

The Supreme Court Ruled:

"State prison rules creates a liberty interests that are protected by the (Due Process Clause) when they imposes an atypical and significant hardship on the inmate in relation to the ordinary incident of prison life".

# 15

\* CLAIM, CONT. \*

#18. Also the 4th circuit ruled in:

(Bevaranti vs. Smith, 120 f.3d 500, 503 "4th Cir. 1997").

Verbatim:

"The ordinary incident of prison life does not include (strapping an inmate's wrist, ankles, and chest to a bed for nearly ten days"..

#19. The same constitutional principle applies to plaintiff being sadistically left on: (strip-cell) for 2-days almost denuded in a freezing cell. Being placed on (strip-cell) for 2-days is not a part of "ordinary prison life"...

#16

# * CLAIM, CONT. *

#20. THEREFORE PLAINTIFF (14TH - CONSTITUTIONAL) "DUE PROCESS - RIGHTS" WAS CLEARLY TRANSGRESSED BY ALL THE DEFENDANT(S) FROM (MARCH 30TH, - THROUGH - APRIL 1ST, 2013) BECAUSE PLAINTIFF WAS NEVER AWARDED THE RIGHT TO CHALLENGE HIS CONDITION OF (STRIP-CELL) WHICH WAS BLATANTLY (ATYPICAL)..

#21. IN: (WILLIAMS VS. BENJAMIN) THE COURTS RULED:

"THE FOURTH - CIRCUIT STATES THAT (AT SOME POINT IN TIME) A RESTRAINED INMATE IS ENTITLED TO SOME PROCEDURAL PROTECTION TO ENSURE THAT HIS "LIBERTY - INTEREST" WAS NOT ARBITRARILY AND CAPRICIOUSLY DENIED"....

#17

# * CLAIM, CONT. *

#22. Plaintiff never recieved not 1- institutional charge from being placed on: (strip-cell) for: (2-days) and therefore plaintiff was arbitrarily and sadistically placed on (strip-cell) for 2-days in: violation of his 8th and 14th Amendments Constitutional rights....

#18

# * Relief Requested *

**#1. <u>plaintiff request</u>:**

Compensatory damages from all defendant(s) for the amount of: ($5,000) Each for the sadistic and un-sanitary conditions plaintiff was subjected to from: (March 30 - through - April 1, 2013)

**#2. <u>plaintiff request</u>:**

Punitive damages from all defendant(s) for the amount of: ($2,000) Each for the deliberate transgressions of plaintiff's 8th and 14th Constitutional Amendments..

#19

# * RELIEF REQUESTED, CONT. *

#3. <u>PLAINTIFF REQUEST:</u>

<u>INJUNCTIVE RELIEF — TO BE IMMEDIATELY GRANTED TO STOP: (RED ONION STATE PRISON) AND THE ENTIRE (VA. DEPT. OF CORRECTIONS) TO STOP SADISTICALLY (MIS-USING AND ABUSING)</u>

#1. 5-POINT RESTRAINTS
——— AND ———
#2. AMBULATORY - RESTRAINTS PERMANTLY........

#4. <u>PLAINTIFF REQUEST:</u>

VIDEO - CAMERA'S ARE USED BY: (VA. CORRECTIONAL OFFICERS / ADMINISTRATORS) WHEN PRISONERS (RECREATION, SHOWER, OR FOOD-TRAYS) ARE VINDICTIVELY DENIED TO PREVENT OFFICERS FROM USING THESE PRIVILEGES AS A MECHANISM TO RETALIATE AGAINST PRISONERS...

#20