IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KELVIN A. CANADA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:13CV00322 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **RANDELL MATHENA, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff has timely objected to the Report and Recommendation of the Honorable Pamela Meade Sargent, United States Magistrate Judge, filed on July 18, 2014. Upon de novo review by this court of the portions of the Report and Recommendation that have been objected to, it is **ORDERED** as follows:

1. Plaintiff's objections (contained in a pleading entitled "Motion for Objection") (ECF No. 69) are OVERRULED;

2. The Report and Recommendation (ECF No. 67) is fully accepted;

3. Plaintiff's motions entitled "Motion for Failure of Record" (ECF No. 65) and "Motion for Spoliation" (ECF No. 52) are DENIED; and

4. Defendants' Motion for Summary Judgment (ECF No. 27) is GRANTED.

ENTER: July 29, 2014

/s/ James P. Jones
United States District Judge